# ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

| | |
|---|---|
| Eleven Times Square | 212.223.6700 |
| New York, New York  10036 | 212.223.6433 *fax* |
| | www.zukermangore.com |

September 17, 2019

BY ECF FILING

Hon. Arthur D. Spatt
United States Courthouse
814 Federal Plaza
Central Islip, N.Y. 11722

> **Re:  Ye Olde Time Keepers, Inc. v. C.R. Martin
> Auctioneers, Inc. d/b/a Clars Auction Gallery
> 17-CV-4377 (ADS)(ARL)**

Dear  Judge Spatt:

We  represent plaintiff Ye Olde Time Keepers, Inc.("Time Keepers") in the above-entitled matter.   Before Your Honor presently is a motion to dismiss filed by third party defendants Edwin Li and EM Time Co.

I am pleased to write, with the consent of all counsel who have appeared in the action and the third party action, to advise the Court that the parties have reached a settlement in principle, subject to execution of appropriate agreements, that will settle the action and the third-party action.  We expect to have proposed settlement documents to the other parties by the end of this week.

Sincerely,

Ted Poretz

Ted Poretz

4826-2265-1814, v.  1